## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **DIANE BOLAND** | : | **CHAPTER 13** |
| Debtor | : | **BANKRUPTCY NO. 18-10082 AMC** |

### ORDER

**AND NOW**, this _____ day of _Feb._, 2018, upon Motion of the Debtor, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

_____ J.