## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIANE BOLAND                    : CHAPTER 13
                                       :
    Debtor                             : BANKRUPTCY NO. 18-10082

## CERTIFICATE OF SERVICE

I, Paul Gregory Lang, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that on 7/16/2018 I sent copies of the First Amended plan and Notice of Hearing, pursuant to Local Rule 1009.1(b), to the parties indicated below:

                                            /s/ Paul Gregory Lang, Esquire

                                            PAUL GREGORY LANG, ESQUIRE
                                            Attorney for Debtor

Dated: 7/16/2018

U.S. Trustee's Office

Trustee

The Debtor

All creditors on the attached mailing matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 18-10082-amc<br>Eastern District of Pennsylvania<br>Philadelphia<br>Mon Jul 16 11:53:30 EDT 2018 | Borough of Morrisville<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | Ditech<br>Attn: Bankruptcy<br>Po Box 6172<br>Rapid City, SD 57709-6172 | Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 |
| Hillcrest Davidson & A<br>715 N Glenville Dr Ste 4<br>Richardson, TX 75081-2879 | James R. Wood, Esquire<br>Portnoff Law Associates, Ltd.<br>2700 Horizon Drive, Suite 100<br>King of Prussia, PA 19406-2726 | KML Law Group<br>Suite 5000<br>Mellon Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1541 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | Midland Credit Management Inc.<br>2365 Northside Drive<br>Suite 300<br>Washington Crossing, PA 18977 | Midland Funding<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Syncb/sync Bank<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| US Department of Education<br>PO Box 16448<br>Saint Paul, MN 55116-0448 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 | Wells Fargo Home Projects Visa<br>Written Correspondence Resolutions<br>Mac#X2302-04c Po Box 10335<br>Des Moines, IA 50306-0335 |
| Diane Boland<br>621 Benton Lane<br>Morrisville, PA 19067-7503 | PAUL GREGORY LANG<br>Gallant and Parlow, PC<br>3618 Hulmeville Rd.<br>Bensalem, PA 19020-4449 | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105-1229 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
Po Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial LLC

(d)Borough of Morrisville
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

End of Label Matrix
Mailable recipients    20
Bypassed recipients     2
Total                  22