# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10082-AMC

DIANE  BOLAND

621 BENTON LANE

MORRISVILLE, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DIANE  BOLAND

    621 BENTON LANE

    MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

    PAUL GREGORY LANG
    GALLANT AND PARLOW , PC
    3618 HULMEVILLE RD
    BENSALEM, PA 19020-

                                          /S/ William C. Miller

Date: 7/20/2018                                        _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee