## U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: Diane Boland                           :  **CHAPTER 13**
                                              :
          Debtor                         :  **BANKRUPTCY NO.** 18-10082


## CERTIFICATE OF SERVICE


      I, Paul Gregory Lang, Esquire, hereby certify that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of the Second Amended plan pursuant to Local Rule 1009.1(b), to the parties indicated below:


                     /s/ Paul Gregory Lang, Esquire

                     _____
                     PAUL GREGORY LANG, ESQUIRE
                     Attorney for Debtor

Dated: 9/24/2018


U.S. Trustee's Office

Trustee

The Debtor

All creditors on the attached mailing matrix

Label Matrix for local noticing
0313-2
Case 18-10082-amc
Eastern District of Pennsylvania
Philadelphia
Mon Sep 24 10:38:30 EDT 2018

Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107-4233

Borough of Morrisville
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

Ditech
Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709-6172

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Ditech Financial LLC fka Green Tree Servicin
P.O. Box 6154
Rapid City, South Dakota 57709-6154

Hillcrest Davidson & A
715 N Glenville Dr Ste 4
Richardson, TX 75081-2879

James R. Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406-2726

KML Law Group
Suite 5000
Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1541

MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

Midland Credit Management Inc.
2365 Northside Drive
Suite 300
Washington Crossing, PA 18977

Midland Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Synch/sync Bank
Po Box 965064
Orlando, FL 32896-5064

US Department of Education
PO Box 16448
Saint Paul, MN 55116-0448

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405

Wells Fargo Home Projects Visa
Written Correspondence Resolutions
Mac#X2302-04c Po Box 10335
Des Moines, IA 50306-0335

Diane Boland
621 Benton Lane
Morrisville, PA 19067-7503

PAUL GREGORY LANG
Gallant and Parlow, PC
3618 Hulmeville Rd.
Bensalem, PA 19020-4449

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105-1229

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
Po Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Borough of Morrisville
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

End of Label Matrix
Mailable recipients    20
Bypassed recipients     2
Total                  22