**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE: Diane Boland                           : CHAPTER 13
                                              :
          Debtors                             : BANKRUPTCY NO.  18-10082 AMC


## ORDER TO ALLOW COUNSEL FEES

          AND NOW, this  2nd day of  August, 2019, upon consideration of the foregoing
Application and upon Notice, Opportunity for Hearing and Certification of No Objection,
counsel fees are allowed in the following amount:

          Counsel fee:   $3,500
          Total paid by Debtor prepetition:  $2000.00
           ($1500.00 to be paid in Plan)
          Filing fee paid by client

          The amount paid is for counsel's handling of Debtors above-captioned Chapter 13 case.

          In the event debtors case is dismissed prior to confirmation, the Chapter 13 Trustee is
authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C.
Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section
330(a)(4)(B), **the allowed compensation set forth above less $2000.00 which was paid by the
Debtor(s) prepetition.**

Date:  **August 2, 2019**                    _____
                                             Ashely M. Chan
                                             United States Bankruptcy Judge

Suggested copies:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtors