United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 18-10082-amc
Diane Boland                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa          Page 1 of 1          Date Rcvd: Aug 02, 2019
                             Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2019.
db              +Diane Boland,   621 Benton Lane,   Morrisville, PA 19067-7503
cr              +Borough of Morrisville,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2019 02:21:13      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                  TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor   Borough of Morrisville jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              PAUL GREGORY LANG    on behalf of Debtor Diane  Boland paulgregorylang@yahoo.com,
               lesliebrown.paralegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 5

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Diane Boland                          : CHAPTER 13
                                             :
            Debtors                          : BANKRUPTCY NO.  18-10082 AMC

**ORDER TO ALLOW COUNSEL FEES**

AND NOW, this  2nd day of  August, 2019, upon consideration of the foregoing
Application and upon Notice, Opportunity for Hearing and Certification of No Objection,
counsel fees are allowed in the following amount:

> Counsel fee:   $3,500
> Total paid by Debtor prepetition:  $2000.00
>  ($1500.00 to be paid in Plan)
> Filing fee paid by client

The amount paid is for counsel's handling of Debtors above-captioned Chapter 13 case.

In the event debtors case is dismissed prior to confirmation, the Chapter 13 Trustee is
authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C.
Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section
330(a)(4)(B), **the allowed compensation set forth above less $2000.00 which was paid by the
Debtor(s) prepetition.**

Date:_ **August 2, 2019**                    _____
                                             Ashely M. Chan
                                             United States Bankruptcy Judge

Suggested copies:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtors