# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10082-AMC

DIANE BOLAND

621 BENTON LANE

MORRISVILLE, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DIANE BOLAND

621 BENTON LANE

MORRISVILLE, PA 19067

Counsel for debtor(s), by electronic notice only.

    PAUL GREGORY LANG
    GALLANT AND PARLOW , PC
    3618 HULMEVILLE RD
    BENSALEM, PA 19020-

Date: 6/23/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee