**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DIANE BOLAND | Chapter 13 |
| Debtor | Bankruptcy No. 18-10082-mdc |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 22, 2020

Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL GREGORY LANG
GALLANT AND PARLOW , PC
3618 HULMEVILLE RD
BENSALEM, PA 19020-

Debtor:
DIANE BOLAND

621 BENTON LANE

MORRISVILLE, PA 19067