United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Diane Boland  
    Debtor(s)

Case No. 18-10082-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 2  
Date Rcvd: Oct 22, 2020     Form ID: pdf900     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol   Definition**  
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane Boland, 621 Benton Lane, Morrisville, PA 19067-7503 |
| 14113428 | + | Borough of Morrisville, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14036901 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14056742 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14036902 | + | Hillcrest Davidson & A, 715 N Glenville Dr Ste 4, Richardson, TX 75081-2879 |
| 14114109 | + | James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14036903 | + | KML Law Group, Suite 5000, Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14036904 | | Midland Credit Management Inc., 2365 Northside Drive, Suite 300, Washington Crossing, PA 18977 |
| 14450567 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14508805 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14125565 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14036908 | + | Wells Fargo Home Projects Visa, Written Correspondence Resolutions, Mac#X2302-04c Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 23 2020 02:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 23 2020 02:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 23 2020 02:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:45:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14041097 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 23 2020 02:37:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14036905 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 23 2020 02:37:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14036906 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2020 02:44:29 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14037115 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 23 2020 02:46:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14036907 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 23 2020 02:45:41 | Syncb/sync Bank, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 9

| District/off: 0313-2 | User: Lisa | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2020 | Form ID: pdf900 | Total Noticed: 21 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage LLC, RAS Crane, 10700 Abbotts Bridge Road, Suite 170, UNITED STATES |
| cr | *+ | Borough of Morrisville, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Morrisville jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| PAUL GREGORY LANG | on behalf of Debtor Diane Boland paulgregorylang@yahoo.com  lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DIANE BOLAND | Chapter 13 |
| Debtor | Bankruptcy No. 18-10082-mdc |

# ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 22, 2020

                                          Magdeline D. Coleman
                                          Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL GREGORY LANG
GALLANT AND PARLOW , PC
3618 HULMEVILLE RD
BENSALEM , PA 19020-

Debtor:
DIANE BOLAND

621 BENTON LANE

MORRISVILLE, PA 19067